LARY ALAN RAPPAPORT, SBN 087614
  lrappaport@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

LAWRENCE I. WEINSTEIN (Admitted *Pro Hac Vice*)
  lweinstein@proskauer.com
JEFFREY H. WARSHAFSKY (Admitted *Pro Hac Vice*)
  jwarshafsky@proskauer.com
Q. JENNIFER YANG (Admitted *Pro Hac Vice*)
  jyang@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:  (212) 969-3000
Facsimile:   (212) 969-2900

Attorneys for Defendant PVH Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PVH CORPORATION, a DELAWARE corporation,<br><br>　　　　　Defendant. | Case No.  2:16-CV-02258-TLN-AC<br>(Reassigned to The Hon. Troy L. Nunley)<br><br>**STIPULATION AND ORDER RE: JOINT STATUS REPORT** |

Plaintiff Maria Ramos ("Ramos") and defendant PVH Corp. ("PVH"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. On June 1, 2016, Ramos commenced this action by filing a class action complaint in San Francisco County Superior Court. On July 22, 2016, PVH removed this action to the United States District Court for the Northern District of California, Case No. 3:16-cv-4131-DMR. The action was reassigned to the Hon. Thelton E. Henderson on August 4, 2016. Ramos filed a First Amended Class Action Complaint on September 6, 2016.

2. Pursuant to stipulation and order, on September 20, 2016, this action was transferred to the Eastern District of California where it was docketed as Case No. 2:16-CV-02258-JAM-KJN and assigned to the Hon. John A. Mendez.

3. On October 7, 2016, PVH filed its motion to dismiss Ramos's First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6). By Minute Order dated November 9, 2016, the motion to dismiss was taken under submission without oral argument pursuant to Local Rule 230(g).

4. By Order dated November 17, 2016, this action was deemed related to *Maria Ramos v. BCBG Max Azria Group, LLC*, Case No. 2:16-cv-01809-TLN-AC, and *Maria Ramos v. AM Retail Group, Inc.*, Case No. 2:16-cv-01842-MCE-KJN (redesignated Case No. 2:16-cv-01842-TLN-AC) and reassigned to the Hon. Troy L. Nunley. (Docket No. 34.) Also on November 17, 2016, the Court issued an Order Requiring Joint Status Report requiring that the parties hold a Federal Rule of Civil Procedure 26(f) conference and file a Joint Status Report within 60 days. (Docket No. 35.)

5. Counsel for Ramos and PVH have met and conferred, and agree that good cause exists to postpone the preparation and filing of the Joint Status Report until the Court hears and resolves PVH's pending motion to dismiss.

6. THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on November 17, 2016 be postponed until no later than 14 days after the pleadings are resolved.

Dated: January 12, 2017      STONEBARGER LAW, A PROFESSIONAL CORPORATION

KEARNEY LITTLEFIELD, LLP

By: s/ Prescott Littlefield_____
Prescott Littlefield
Attorneys for Plaintiff Maria Ramos

Dated: January 12, 2017      PROSKAUER ROSE LLP

By: s/ Lary Alan Rappaport_____
Lary Alan Rappaport
Attorneys for Defendant PVH Corp.

Pursuant to Local Rule 131(e), I hereby attest that that I have obtained the concurrence of Prescott Littlefield, Esq., on whose behalf this filing is submitted, in the filing of this document and, on January 12, 2017, Mr. Littlefield authorized me to file this document with his electronic signature.

Dated: January 12, 2017      PROSKAUER ROSE LLP

By: s/ Lary Alan Rappaport_____
Lary Alan Rappaport
Attorneys for Defendant PVH Corp.

## ORDER

Upon consideration of the forgoing Stipulation re: Joint Status Report by and between plaintiff Maria Ramos and Defendant PVH Corp., and good cause appearing,

IT IS HEREBY ORDERED THAT the Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on November 17, 2016 be postponed until a date no later than 14 days after the pleadings are resolved.

**IT IS SO ORDERED.**

Dated:  January 17, 2017

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER RE: JOINT STATUS REPORT