Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
**STONEBARGER LAW**
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Thomas A. Kearney, State Bar No. 90045
tak@kearneylittlefield.com
Prescott W. Littlefield, State Bar No. 259049
pwl@kearneylittlefield.com
**KEARNEY LITTLEFIELD LLP**
3436 N. Verdugo Rd, Suite 230
Glendale CA 91208
Telephone  (213) 473-1900
Facsimile   (213) 473-1919

*Attorneys for Plaintiff Maria Ramos and the Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a DELAWARE Corporation; and DOES 1-100, inclusive,<br><br>      Defendants. | CASE NO.  2:16-CV-02258-TLN-AC<br><br>**ORDER ENTERING STAY OF PROCEEDINGS PENDING MEDIATION**<br><br>*Assigned to:*  Hon. Troy L. Nunley<br>*Complaint Filed:* June 1, 2016 |

# ORDER

The Court has read and considered the Parties' Stipulation.

**GOOD CAUSE APPEARING**, it is ordered that (a) the entire action is stayed pending further order of the Court; and (b) the Parties are to submit a report on the status of the mediation and the continued propriety of the stay by March 2, 2018.

**IT IS SO ORDERED.**

Dated: November 6, 2017

_____
Troy L. Nunley
United States District Judge